UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------------------x
ESLIMERARI RAMOS, on behalf of herself and all others similarly situated,

                Plaintiff,

  -v.-

THE CATO CORPORATION

                Defendants.
------------------------------------------------------------------------x

Civil Action No: 1:24-cv-2837

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above-captioned action, that (1) Plaintiff acknowledges and agrees that (a) Defendant's website is fully compliant with the requirements of the Americans with Disabilities Act, 42 U.S.C. § 12182, *et seq.*, and Defendant provided to Plaintiff evidence of such compliance and (b) Defendant denies any liability to Plaintiff and Defendant is not paying any compensation or other amounts to Plaintiff in connection with the above-captioned action or in settlement thereof and (2) whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 25, 2024

| For Plaintiff Eslimerari Ramos | For Defendant The Cato Corporation |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks | */s/ Zachary Allen Madonia*<br>Zachary Allen Madonia |

1

| | |
|---|---|
| Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | Bradley Arant Boult Cummings<br>1815 Fifth Ave North<br>Birmingham, AL 35203<br>Ph: (205) 521-8000<br>zmadonia@bradley.com |

## CERTIFICATE OF SERVICE

I certify that on June 25, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*